C. CHRISTINE MALONEY, Bar No. 226575
cmaloney@fosteremploymentlaw.com
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California  94610
Telephone:    510.763.1900
Facsimile:    510.763.5952

Attorneys for Defendants
CITY OF RICHMOND and CHRISTOPHER MAGNUS

DAVID M. POORE, Bar No. 192541
dpoore@bplegalgroup.com
SCOTT A. BROWN, Bar No. 177099
sbrown@bplegalgroup.com
BROWN POORE LLP
1350 Treat Blvd., Suite 420
Walnut Creek, CA 94597
Telephone:    925.943.1166
Facsimile:    925.943.1164

Attorneys for Plaintiff
LOUDESIA FLANAGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUDESIA FLANAGAN,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF RICHMOND; CHRISTOPHER MAGNUS;  and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. 3:14-cv-02714 EMC<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEPOSITION DISCOVERY UNTIL JULY 3, 2015**<br><br><br>Judge: Hon. Edward M. Chen<br>Dept.: Courtroom 5 - 17th Floor<br><br>Complaint Filed: June 11, 2014<br>Trial Date:          December 7, 2015 |

1  PLEASE TAKE NOTICE that the parties to this action, Plaintiff LOUDEISA
2  FLANAGAN and Defendants CITY OF RICHMOND and CHRISTOPHER MAGNUS, hereby
3  STIPULATE to extending deposition discovery to accommodate the calendars of the witnesses.
4  The original fact discovery cut-off in this case is set for June 4, 2015.  The parties are jointly
5  requesting an extension of that deadline – for deposition discovery only – until July 3, 2015.

6  There exists good cause in which to extend factual discovery, in that the parties have
7  timely noticed several depositions, including depositions of the parties, but, as a result of
8  unavailability of several of the relevant witnesses, including at least one witness that has been
9  served with a third-party subpoena, the parties will not be able to complete the deposition
10 discovery until the end of June, or the beginning of July 2015.  The parties are not requesting an
11 extension for written discovery.  The parties are not making this request for the purpose of any
12 undue delay.  Instead, the parties will suffer substantial prejudice, if they are unable to complete
13 the key depositions in this case.  No party would suffer any prejudice if this stipulation was
14 granted.

15 IT IS HEREBY STIPULATED between the parties that the factual discovery cut-off date
16 be extended to July 3, 2015, for deposition discovery only.

17 SO STIPULATED.

18

19 Dated: June 8, 2015

*//s// C. Christine Maloney*
C. CHRISTINE MALONEY, ESQ.
20 FOSTER EMPLOYMENT LAW
Attorneys for Defendants

21

22 Dated: June 8, 2015

*//s//David M. Poore*
23 DAVID M. POORE
SCOTT A. BROWN
24 BROWN POORE LLP
Attorneys for Plaintiffs
25

26

27

28

-2-
STIPULATION AND PROPOSED ORDER EXTENDING DEPOSITION DISCOVERY
FLANAGAN V. CITY OF RICHMOND ET AL, CASE NO. 3:14-cv-02714 EMC

1
2
**[~~PROPO~~SED] ORDER**

3     GOOD CAUSE SHOWING, the Stipulation is GRANTED.

4
5     IT IS HEREBY ORDERED that the factual discovery cut-off date, which was originally set for June 4, 2015, be extended until July 3, 2015, for deposition discovery only.

6     SO ORDERED.

7  Dated: June __, 2015



8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28