David M. Poore, SBN 192541
Scott A. Brown, SBN 177099
BROWN | POORE LLP
1350 Treat Blvd., Suite 420
Walnut Creek, California 94597
Telephone:   (925) 943-1166
dpoore@bplegalgroup.com

Attorneys for Plaintiff
LOUDESIA FLANAGAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUDESIA FLANAGAN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND; CHRISTOPHER MAGNUS; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 14-CV-02714 EMC<br>AMENDED<br><br>[~~PROPO~~SED] ORDER GRANTING PLAINTIFF LOUDESIA FLANAGAN'S EX PARTE APPLICATION FOR DISCOVERY IN ADVANCE OF THE DUE DATE FOR THE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; REQUEST FOR CONTINUANCE OF MOTION FOR PARTIAL SUMMARY JUDGMENT [F.R.C.P. 56; LOCAL RULES 6-1, 6-3]<br><br>**Hon. Edward Chen<br>Courtroom 5, 17th Floor** |

1  Plaintiff's Ex Parte Motion for Discovery was presented to this Court. The matter is
2  suitable for an order without a hearing or argument.
3  IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion is GRANTED.
4  Plaintiff is permitted to take the deposition in advance of submitting an Opposition to
5  Defendants' Motion for Summary Judgment (Doc. No. 39). Defendants' Motion for Summary
6  Judgment is continued to ___September 24___, 2015, with Opposition and Reply deadlines
7  to fall in accordance with the new hearing date. Opposition Brief Due: August 27, 2015.
   Reply Brief Due: Sepember 10, 2015.
8  SO ORDERED.
9  Date: July 31, 2015

   _____
   HON. EDWARD CHEN
   UNITED STATES DISTRICT COURT

   IT IS SO ORDERED AS MODIFIED
   Judge Edward M. Chen

-2-